JOHN TRABOLD, Respondent, v. L. I. BROADWAY CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, on the

merits and for failure to comply with rule VII, Rules of Appellate Term, Second Department. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.